# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Greeneville

Trever D. Fenimore )
_____ )
_____ )
Name of plaintiff (s) )
 )
v. ) Case No. _____
 ) (to be assigned by Clerk)
SCSO )
SPD )
QCHC )
Name of defendant (s) )
(See Attached)

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Civil Rights violations, state code violations, mental and physical health mistreatment, persecution. Alot more.

2. Plaintiff, Trever Fenimore resides at ~~736 Bob Hollow Rd~~, ~~Sevierville~~ 608 Broad Ave Sevierville, TN 37862
street address / city

Sevier, TN, ~~37862~~ ~~865-___-3606~~ 865-254-4457
county / state / zip code 37862 / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
_____
_____

1

3. Defendant, **multiple entities and individuals** lives at, or its business is located at

_____, _____,
street address              city
_____, _____, _____.
county                    state              zip code

(if more than one defendant, provide the same information for each defendant below)

| QCHC | TK Health |
| SPD | Many Individuals |
| SCSO | |

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Being targeted, mistreated, abused, and persecuted by many means.

The entire legal system and local government of Sevier County Tennessee including government officials, nurses, correctional officers, officers, Sheriffs, attorneys, and more.

Much proof of illegal activity by public workers who are required to uphold Federal, state, and local laws and have not.

1st amendment, 4th amendment, 13th amendment.
Tennessee disability and aging act
Corruption, persecution, theft.
Lots of other unnamed acts that need addressed.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Secular

   b. Compensatory

   c. Punitive

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 29th day of September, 20 25.

_[signature]_

Signature of plaintiff(s)